## HARTMAN *v*. THE STATE.

See the next preceding case.

APPEAL from the *Tipton* Common Pleas.

*Per Curiam.*—Information for burglary. Trial, conviction and judgment.

There is no allegation in the information showing the jurisdiction of the Court below. *Vide Justice* v. *The State*, at the last term.

The judgment is reversed.

The Clerk is directed to give the. proper notice for the return of the prisoner.

*J. A. Thornton*, for the appellant.